**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**TERENCE O. BOYD**                                                               **PLAINTIFF**

**V.**                                                                                                     **NO. 1:09CV160-A-D**

**STEVEN HAYNE, et al.**                                                             **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is DISMISSED failure to state a claim. The motion to proceed in forma pauperis (docket entry 2) is DENIED. The motion for appointment of counsel (docket entry 5) is DENIED.

IT IS SO ORDERED.

THIS the  9th  day of December, 2009.

                                                                                    /s/ Sharion Aycock
                                                                                   **U.S. DISTRICT JUDGE**